

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Grayson David Smith, Appellant

No. 06-15-00073-CR     v.

The State of Texas, Appellee

Appeal from the 354th District Court of Hunt County, Texas (Tr. Ct. No. 29458). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted.  Therefore, we dismiss the appeal.

We further order that the appellant, Grayson David Smith, pay all costs of this appeal.

RENDERED OCTOBER 6, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk